UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN SALAZAR,<br><br>        Plaintiff,<br><br>   v.<br><br>DR. KOKOR, et al.,<br><br>        Defendants. | CASE NO. 1:14-cv-00211-MJS (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE (ECF No. 14)**<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF No. 15)**<br><br>**SIXTY (60) DAY DEADLINE** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On April 27, 2015, Plaintiff's second amended complaint was dismissed for failure to state a claim, but he was given leave to amend. (ECF No. 13.) The thirty day deadline amendment deadline passed without Plaintiff either filing an amended pleading or seeking an extension of time to do so.

Accordingly, on June 9, 2015, the Court ordered Plaintiff to show cause why the action should not be dismissed with prejudice for failure to obey a court order and failure to prosecute. (ECF No. 14.) On June 10, 2015, Plaintiff filed a motion for a sixty day extension of time to file his amended complaint. (ECF No. 15.) Plaintiff states that he asked his attorney to file an amended complaint, and expected that the attorney would do so, but the attorney did not.

Plaintiff has presented good cause for discharging the order to show cause and

granting an extension of time. Accordingly, the order to show cause (ECF No. 14) is HEREBY DISCHARGED. Plaintiff's motion for extension of time (ECF No. 15) is HEREBY GRANTED. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint.

If Plaintiff fails to file an amended complaint in compliance with this order, the action will be dismissed, with prejudice, for failure to state a claim and failure to comply with a court order, subject to the "three strikes" provision set forth in 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

Dated:   June 11, 2015                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE