# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN SALAZAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. KOKOR, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-00211-AWI-MJS (PC)<br><br>ORDER RESCHEDULING SETTLEMENT CONFERENCE FROM JANUARY 11, 2018 TO **FEBRUARY 27, 2018 AT 10:30 A.M.**<br><br>[ECF No. 44] |

　　Plaintiff Efrain Salazar is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　Due to the Court's calendar, the settlement conference set for January 11, 2018, is HEREBY RESCHEDULED to February 27, 2018 at 10:30 a.m. before the undersigned in Courtroom #9.  The parties settlement confidential settlement statements are due on or before February 20, 2018, in accordance with the Court's October 10, 2017 order.  The Court will issue the necessary transportation order in due course.

IT IS SO ORDERED.

Dated: __**December 14, 2017**__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1