# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN SALAZAR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. KOKOR, et al.,<br><br>　　　　　Defendants. | Case No. 1:14-cv-00211-AWI-MJS (PC)<br><br>ORDER THAT EFRAIN SALAZAR, CDCR # K-50730, IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

A settlement conference in this matter commenced on February 27, 2018, inmate Efrain Salazar CDCR Inmate No. K-50730, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __**February 27, 2018**__　　　　　　_____

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1