# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN SALAZAR,<br><br>        Plaintiff,<br><br>    v.<br><br>KOKOR,<br><br>        Defendant. | Case No. 1:14-cv-00211-AWI-MJS (PC)<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN FOURTEEN DAYS |

The Court conducted a settlement conference in this action on February 27, 2018, at which the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositional documents within fourteen days.

IT IS SO ORDERED.

Dated: **February 27, 2018**

                                              UNITED STATES MAGISTRATE JUDGE

1